# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| Eldred Maliek Joe | | C/A No.: 0:24-cv-01206-BHH-PJG |
|---|---|---|
| Plaintiff | | |
| vs. | | **NOTICE OF FILING** |
| | | **AFFIDAVIT OF SERVICE** |
| Marlboro County Sheriff's Office and Morgan Eldridge Ridges, | | |
| Defendants. | | |

COMES NOW Eldred Joe, by and through the undersigned counsel of record, files this Notice of Filing of Affidavit of Service in the above-captioned matter, along with the Affidavit of Service of the Summons and Complaint upon the Marlboro County Sheriff's Office, on the 14th day of March, 2024.

Respectfully submitted this 19th day of March, 2024.

**STROM LAW FIRM, LLC**
*s/ Bakari T. Sellers*
Bakari T. Sellers (SC Fed. ID # 11099)
Mario A. Pacella (SC Fed. ID # 7538)
Amy E. Willbanks (SC Fed. ID # 13537)
Alexandra Benevento (SC Fed. ID # 10734)
Matthew B. Robins (SC Fed. ID # 13313)
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
Email:   bsellers@stromlaw.com
         mpacella@stromlaw.com
         awillbanks@stromlaw.com
         abenevento@stromlaw.com
         mrobins@stromlaw.com
*Attorneys for Plaintiff*

March 19, 2024
Columbia, SC

0:24-cv-01206-BHH-PJG     Date Filed 03/19/24     Entry Number 5     Page 2 of 2

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 0:24-CV-1206-BHH-PJG

Plaintiff:
**Eldred Maliek Joe**

vs.

Defendant:
**Marlboro County Sheriff's Office and Morgan Eldridge Ridges**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Marlboro County Sheriff's Office, 239 Throop Street, Bennettsville, SC 29512.**

I, Phil Bailey, being duly sworn, depose and say that on the **14th day of March, 2024** at **1:31 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Cover Letter; Summons in a Civil Action; Complaint; Plaintiff's Answers to Interrogatories Pursuant to Local Rule 26.01** to: **Sandy Wilkes** as **Victim Advocate/Authorized to Accept** for **Marlboro County Sheriff's Office**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 14 day of March, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 7 15 31

Phil Bailey
Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2024000649

MICHELLE BAILEY
Notary Public - State of South Carolina
My Commission Expires
July 15, 2031

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

