## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| Eldred Maliek Joe | C/A No.: 0:24-cv-01206-BHH-PJG |
|---|---|
| Plaintiff | |
| vs. | **NOTICE OF FILING** |
| | **AFFIDAVIT OF SERVICE** |
| Marlboro County Sheriff's Office and Morgan Eldridge Ridges, | |
| Defendants. | |

COMES NOW Eldred Joe, by and through the undersigned counsel of record, files this Notice of Filing of Affidavit of Service in the above-captioned matter, along with the Affidavit of Service of the Summons and Complaint upon the Morgan Eldridge Ridges, on the 14th day of March, 2024.

Respectfully submitted this 19th day of March, 2024.

        **STROM LAW FIRM, LLC**
        *s/ Bakari T. Sellers*
        Bakari T. Sellers (SC Fed. ID # 11099)
        Mario A. Pacella (SC Fed. ID # 7538)
        Amy E. Willbanks (SC Fed. ID # 13537)
        Alexandra Benevento (SC Fed. ID # 10734)
        Matthew B. Robins (SC Fed. ID # 13313)
        6923 N. Trenholm Road, Suite 200
        Columbia, South Carolina 29206
        Phone: (803) 252-4800
        Email:   bsellers@stromlaw.com
                      mpacella@stromlaw.com
                      awillbanks@stromlaw.com
                      abenevento@stromlaw.com
                      mrobins@stromlaw.com
        *Attorneys for Plaintiff*

March 19, 2024
Columbia, SC

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 0:24-CV-1206-BHH-PJG

Plaintiff:
**Eldred Maliek Joe**

vs.

Defendant:
**Marlboro County Sheriff's Office and Morgan Eldridge Ridges**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Morgan Eldridge Ridges, 4 Chapel Street, Bennettsville, SC 29512.**

I, Phil Bailey, being duly sworn, depose and say that on the **14th day of March, 2024** at **1:38 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Cover Letter; Summons in a Civil Action; Complaint; Plaintiff's Answers to Interrogatories Pursuant to Local Rule 26.01**, to: **Morgan Eldridge Ridges** at the address of: **4 Chapel Street, Bennettsville, SC 29512**.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Black, Height: 5'5", Weight: 220, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 14 day of March, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 71531

Phil Bailey

Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2024000650

MICHELLE BAILEY
Notary Public - State of South Carolina
My Commission Expires
July 15, 2031

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

